**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **JASON PULLIAM** | § |

## ORDER FOR OMNIBUS ADVISORY

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Based on the Fifth Circuit's ruling in *Sosnava Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the Court **ORDERS** the U.S. Attorney's Office to file an omnibus advisory as to the cases listed in Appendix A **by no later than July 15, 2026**, whether or not the Court has previously ordered service in those cases.

The Government is **DIRECTED** to file an advisory identifying:

1.    Whether any Petitioner (and their cause number) has been released from detention or removed from the United States; and

2.    All Petitioners (and their cause numbers) who are subject to release under *Sosnava Rodriguez* because he or she has been detained under 8 U.S.C. § 1225(b)(2)(A) without an individualized bond hearing for at least 90 days and is not held under § 1226(c) or under any other statutory provision requiring detention without bond.

The Government is **DIRECTED** to file the omnibus advisory on the docket of each case that meets the above conditions.

**It is so ORDERED.**

**SIGNED this 9th day of July 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

## Appendix A

| | Case Number/<br>Title |
|---|---|
| 1. | 5:26-cv-00036-JKP **Rahimi v. ICE or DHS** |
| 2. | 5:26-cv-00059-JKP **Ramos Lopez v. Castro et al** |
| 3. | 5:26-cv-00119-JKP **Alaa v. Warden, STIPC et al** |
| 4. | 5:26-cv-00165-JKP **GACHECHILADZE v. Bobby Thompson et.al** |
| 5. | 5:26-cv-00309-JKP **Ho v. Thompson et al** |
| 6. | 5:26-cv-00325-JKP **Arash v. Noem et al** |
| 7. | 5:26-cv-00419-JKP **Flores-Gomez v Vergara et al.** |
| 8. | 5:26-cv-00426-JKP **Trochez Hernandez v. Lyons et al** |
| 9. | 5:26-cv-00450-JKP **Rodriguez Acosta v. Thompson et al** |
| 10. | 5:26-cv-00480-JKP **Almanti v. Bondi et al** |
| 11. | 5:26-cv-00591-JKP **Pena Mensa v. Warden, Karnes County Immigration Processing Center** |
| 12. | 5:26-cv-00651-JKP **Barriga Reyes v. Bondi et al** |
| 13. | 5:26-cv-00667-JKP **Mendez-Lainez v. Thompson et al** |
| 14. | 5:26-cv-00699-JKP **KHALADIGI v. Thompson, Warden, Karnes County Immigration Processing Center** |
| 15. | 5:26-cv-00816-JKP **Sarabia-Dominguez v. Bondi et al** |
| 16. | 5:26-cv-00833-JKP **Sharif-Zoi v. Bondi et al** |
| 17. | 5:26-cv-00857-JKP **Portillo v. Warden, Karnes County Immigration Processing Center et al** |
| 18. | 5:26-cv-00869-JKP **Penate Morejon v. Warden, South Texas ICE Processing Center et al** |
| 19. | 5:26-cv-00891-JKP **Abdallah-Hamad v. Warden, South Texas ICE Processing Center** |
| 20. | 5:26-cv-00898-JKP **Shahsavari v. Thompson et al** |
| 21. | 5:26-cv-00912-JKP **Garcia Fernandez v. Warden, Karnes County Immigration Processing Center et al** |
| 22. | 5:26-cv-00973-JKP **Perez v. UNITED STATES OF AMERICA et al** |
| 23. | 5:26-cv-01009-JKP **Pena-Alfonso v. The Geo Group, Inc. et al** |
| 24. | 5:26-cv-01021-JKP **Castro Jarquin v. NOEM et al** |
| 25. | 5:26-cv-01026-JKP **Garay Garcia v. NOEM et al** |
| 26. | 5:26-cv-01051-JKP **M.A. v. Thompson et al** |
| 27. | 5:26-cv-01071-JKP **AKAT LIE v. VERGARA et al** |

| 28. | 5:26-cv-01074-JKP **GOMEZ ZAMBRANO v. VERGARA-LOPEZ et al** |
| 29. | 5:26-cv-01076-JKP **B.B.H. v. Lucero et al** |
| 30. | 5:26-cv-01086-JKP **Riofrio Reyes v. VERGARA-LOPEZ et al** |
| 31. | 5:26-cv-01120-JKP **PALLAREZ PONTON v. VERGARA-LOPEZ et al** |
| 32. | 5:26-cv-01134-JKP **Garcia Munoz v. Thompson et.al** |
| 33. | 5:26-cv-01156-JKP **MELO MARTINEZ v. Thompson et al** |
| 34. | 5:26-cv-01158-JKP **Farias Mijares v. VERGARA-LOPEZ et al** |
| 35. | 5:26-cv-01160-JKP **Ramirez v. Vergara et al** |
| 36. | 5:26-cv-01171-JKP **Abdelrahim Ibrahim v. Department of Homeland Security et al** |
| 37. | 5:26-cv-01178-JKP **Ibrahim v. Warden, Karnes County Immigration Processing Center et al** |
| 38. | 5:26-cv-01179-JKP **Radu v. Facility Director South Texas ICE Processing Center** |
| 39. | 5:26-cv-01190-JKP **Khaef v. Warden, South Texas ICE Processing Center et al** |
| 40. | 5:26-cv-01226-JKP **Salazar v Vergara et al** |
| 41. | 5:26-cv-01236-JKP **BONILLA GARCIA v. VERGARA et al** |
| 42. | 5:26-cv-01237-JKP **Miroyan v. Warden South Texas Detention Facility et al** |
| 43. | 5:26-cv-01267-JKP **Gomez v. U.S. Immigration and Customs Enforcement et al** |
| 44. | 5:26-cv-01268-JKP **SUAREZ-GERNANDEZ v. VERGARA-LOPEZ et al** |
| 45. | 5:26-cv-01272-JKP **Ali Sarwari v. Department of Homeland Security et al** |
| 46. | 5:26-cv-01298-JKP **Torrez Lopez v. U.S. Immigration and Customs Enforcement, Enforcement and Removal Operatios (ERO), San Antonio Field Office et al** |
| 47. | 5:26-cv-01325-JKP **FLORES v. VERGARA-LOPEZ et al** |
| 48. | 5:26-cv-01334-JKP **Zavala-Alejo v. Thompson** |
| 49. | 5:26-cv-01341-JKP **Marquez v. Noem et al** |
| 50. | 5:26-cv-01357-JKP **Vu v. NOEM et al** |
| 51. | 5:26-cv-01374-JKP **Tzoc v. Warden, Karnes County Immigration Processing Center et al** |
| 52. | 5:26-cv-01416-JKP **Zuaznabar-Galarraga v. Thompson et al** |
| 53. | 5:26-cv-01423-JKP **Izamba v. Noem et al** |
| 54. | 5:26-cv-01427-JKP **ATENCIA-BARRAZA v. Thompson et al** |
| 55. | 5:26-cv-01463-JKP **Shiferaw v. Bondi et al** |
| 56. | 5:26-cv-01487-JKP **JUAREZ GARCIA v. VERGARA-LOPEZ et al** |
| 57. | 5:26-cv-01507-JKP **Baris v. Rodriguez Jr et al** |
| 58. | 5:26-cv-01529-JKP **Villanueva v. ICE et al** |
| 59. | 5:26-cv-01533-JKP **Dumervil v. Warden, South Texas ICE Processing Center et al** |

| | | |
|---|---|---|
| 60. | 5:26-cv-01535-JKP | **Kometa v. Bondi et al** |
| 61. | 5:26-cv-01547-JKP | **Vargas Galindo v. Bondi et al** |
| 62. | 5:26-cv-01552-JKP | **Guaman Lucero v. Vergara, et al** |
| 63. | 5:26-cv-01555-JKP | **Bui v. Thompson et al** |
| 64. | 5:26-cv-01556-JKP | **Revolorio Revolorio v. Thompson et al** |
| 65. | 5:26-cv-01570-JKP | **Martinez v. Vergara et al** |
| 66. | 5:26-cv-01593-JKP | **Boloy Mustelier v. Noem et al** |
| 67. | 5:26-cv-01602-JKP | **Corrales-Portillo v. Bondi et al** |
| 68. | 5:26-cv-01606-JKP | **ROMERO-ESCALANTE v. Bondi et al** |
| 69. | 5:26-cv-01610-JKP | **Mohamed Hussein v. Vergara et al** |
| 70. | 5:26-cv-01611-JKP | **He v. Warden, Dilley Immigration Processing Center et al** |
| 71. | 5:26-cv-01616-JKP | **Cecilia Navarro v. NOEM et al** |
| 72. | 5:26-cv-01647-JKP | **PEREZ SANCHEZ v. VERGARA-LOPEZ et al** |
| 73. | 5:26-cv-01648-JKP | **Argueta Vasquez v. ORTEGA et al** |
| 74. | 5:26-cv-01661-JKP | **Paca Crisostomo v. DHS et al** |
| 75. | 5:26-cv-01729-JKP | **Rivera Valladares v. NOEM et al** |
| 76. | 5:26-cv-01759-JKP | **Ahmadi v. Vergara et al** |
| 77. | 5:26-cv-01760-JKP | **Bogran-Andrade v. Vergara et al** |
| 78. | 5:26-cv-01770-JKP | **Muya v. Warden, South Texas ICE Processing Center et al** |
| 79. | 5:26-cv-01780-JKP | **Palencia-Franco v. Vergara et al** |
| 80. | 5:26-cv-01785-JKP | **Malave-Diaz v. Warden, et al.** |
| 81. | 5:26-cv-01789-JKP | **Saqib v. Thompson et al** |
| 82. | 5:26-cv-01790-JKP | **Cortes-Estrada v. Bondi et al** |
| 83. | 5:26-cv-01813-JKP | **Rezaei v. Bondi et al** |
| 84. | 5:26-cv-01819-JKP | **Clermont v. Vergara et al** |
| 85. | 5:26-cv-01833-JKP | **JULIEN v. BONDI et al** |
| 86. | 5:26-cv-01838-JKP | **Reule v. Bondi et al** |
| 87. | 5:26-cv-01840-JKP | **Salemi-Feyeh v. NOEM et al** |
| 88. | 5:26-cv-01844-JKP | **Khalaf v. WARDEN of SOUTH TEXAS DETENTION COMPLEX et al** |
| 89. | 5:26-cv-01892-JKP | **Sabucedo-Prida v. Vergara et al** |
| 90. | 5:26-cv-01904-JKP | **Khalegi v. Thompson et al** |
| 91. | 5:26-cv-01908-JKP | **Yogarasa v. Bondi et al** |
| 92. | 5:26-cv-01937-JKP | **Diaz-Aguilera v. VERGARA-LOPEZ et al** |

| 93. | 5:26-cv-01984-JKP | **Thakur v. Noem** |
| 94. | 5:26-cv-01986-JKP | **Barry v. Warden, South Texas ICE Processing Center et al** |
| 95. | 5:26-cv-01988-JKP | **Huerta Rojas v. Warden, South Texas ICE Processing Center** |
| 96. | 5:26-cv-02044-JKP | **Acosta v. Bondi et al** |
| 97. | 5:26-cv-02066-JKP | **Hernandez-Castro v. Vergara, et al.** |
| 98. | 5:26-cv-02074-JKP | **Sanchez Rojas v. Warden, South Texas ICE Processing Center, Texas et al** |
| 99. | 5:26-cv-02077-JKP | **MEJIA MANZANARES v. MULLIN et al** |
| 100. | 5:26-cv-02105-JKP | **Hernandez Basa v. Immigration and Customs Enforcement et al** |
| 101. | 5:26-cv-02118-JKP | **Martinez v. Thompson et al** |
| 102. | 5:26-cv-02124-JKP | **Sall v. DHS et al** |
| 103. | 5:26-cv-02126-JKP | **Irgi v. Facility Director, South Texas ICE Processing Center** |
| 104. | 5:26-cv-02137-JKP | **Aranza Catalan v. Bondi et al** |
| 105. | 5:26-cv-02149-JKP | **CHAVAC-NIJ v. Vergara et al** |
| 106. | 5:26-cv-02154-JKP | **Hernandez Rodriguez v. Bondi et al** |
| 107. | 5:26-cv-02179-JKP | **Argueta v. Warden, South Texas ICE Processing Center et al** |
| 108. | 5:26-cv-02186-JKP | **Taboh v. Bondi, et al.** |
| 109. | 5:26-cv-02194-JKP | **Pirela-Sarmiento v. Bondi et al** |
| 110. | 5:26-cv-02237-JKP | **Buitrago Ortiz v. Thompson et al** |
| 111. | 5:26-cv-02244-JKP | **Pineda Robles v. Warden, South Texas ICE Processing Center** |
| 112. | 5:26-cv-02255-JKP | **Barahona Paz v. Warden, South Texas ICE Processing Center et al** |
| 113. | 5:26-cv-02274-JKP | **Suleiman v. Bondi et al** |
| 114. | 5:26-cv-02286-JKP | **Ramos v. U.S Department of Homeland Security et al** |
| 115. | 5:26-cv-02288-JKP | **Rivera Dominguez v. Attorney General of the United States et al** |
| 116. | 5:26-cv-02303-JKP | **Bejerano Gonzalez v. United States Attorney Western District of Texas et al** |
| 117. | 5:26-cv-02304-JKP | **Hernandez Figuera v. Warden, Karnes County Residential Center et al** |
| 118. | 5:26-cv-02306-JKP | **Lopez Cordero v. United States Attorney Western District of Texas et al** |
| 119. | 5:26-cv-02315-JKP | **Pastrana Amortegui v. Lyons, et al.** |
| 120. | 5:26-cv-02329-JKP | **SEQUEIRA-CASTELLON v. VERGARA et al** |
| 121. | 5:26-cv-02333-JKP | **PINEDA PAZ v. Blanche et al** |
| 122. | 5:26-cv-02345-JKP | **Robledo-Temaj v. Blanche, et al.** |
| 123. | 5:26-cv-02370-JKP | **BOTO MAMPUTU v. VERGARA et al** |
| 124. | 5:26-cv-02404-JKP | **Garcia-Ayala v. Department of Homeland Security et al** |
| 125. | 5:26-cv-02418-JKP | **ABADI v. Blanche et al** |

126. 5:26-cv-02420-JKP **Chamda v. Blanche et al**

127. 5:26-cv-02426-JKP **Adeyemi v. Lyons, et al.**

128. 5:26-cv-02428-JKP **Rodriguez-Benavides v. Attorney General of the United States et al**

129. 5:26-cv-02430-JKP **Vasconcelo Viltres v. MULLIN et al**

130. 5:26-cv-02436-JKP **Singh v. Warden, Karnes County Immigration Processing Center, et al.**

131. 5:26-cv-02449-JKP **Silva v. U.S Department of Homeland Security et al**

132. 5:26-cv-02450-JKP **Quezada-Rivero v. Warden, South Texas ICE Processing Center et al**

133. 5:26-cv-02455-JKP **Marcano Valera v. United States Attorney Western District of Texas et al**

134. 5:26-cv-02458-JKP **Carrillo Mandique v. Bondi et al**

135. 5:26-cv-02475-JKP **Rojas Garcia v. Warden, South Texas ICE Processing Center et al**

136. 5:26-cv-02481-JKP **De La Paz Zambrano v. Attorney General of the United States et al**

137. 5:26-cv-02484-JKP **Nabati v. Bondi et al**

138. 5:26-cv-02489-JKP **SALEH SALEH v. VERGARA et al**

139. 5:26-cv-02494-JKP **Bonilla Celis v. ORTEGA et al**

140. 5:26-cv-02495-JKP **Beltran Juarez v. Ortega, et al.**

141. 5:26-cv-02512-JKP **Sanchez Chacon v. Segovia et al**

142. 5:26-cv-02514-JKP **Monterroso-Carillo v. Warden, Dilley Immigration Processing Center et al**

143. 5:26-cv-02522-JKP **Bardakou v. Warden, Karnes County Immigration Processing Center et al**

144. 5:26-cv-02523-JKP **Salamanca Falla v. United States Attorney Western District of Texas et al**

145. 5:26-cv-02525-JKP **Serrano Gomez v. Garland et al**

146. 5:26-cv-02536-JKP **Munoz Ramirez v. Vergara, et al.**

147. 5:26-cv-02538-JKP **MURILLO CHAVEZ v. VERGARA et al**

148. 5:26-cv-02542-JKP **Martinez Castro v. Vergara et al**

149. 5:26-cv-02549-JKP **CHAMALE-CHAVAC v. Blanche et al**

150. 5:26-cv-02566-JKP **Betanco Barrera v. Warden, South Texas ICE Processing Center et al**

151. 5:26-cv-02576-JKP **Sanchez Varon v. U.S. Department of Homeland Security et al**

152. 5:26-cv-02589-JKP **Nunez Suarez v. Attorney General of the United States et al**

153. 5:26-cv-02593-JKP **Caceres-Caceres v. Warden, Karnes County Immigration Processing Center et al**

154. 5:26-cv-02602-JKP **Aguilera Villalta v. Warden, Karnes County Immigration Processing Center et al**

155. 5:26-cv-02606-JKP **Gutierrez Dieguez v. Warden, Karnes County Immigration Processing Center et al**

156. 5:26-cv-02608-JKP **Khatri v. Lyons et al**

| | | |
|---|---|---|
| 157. | 5:26-cv-02610-JKP | **Lozada-Herrera v. Attorney General of the United States et al** |
| 158. | 5:26-cv-02616-JKP | **Alvarado v. Attorney General of the United States et al** |
| 159. | 5:26-cv-02635-JKP | **Razi v. Thompson et al** |
| 160. | 5:26-cv-02651-JKP | **WANG v. Thompson et al** |
| 161. | 5:26-cv-02657-JKP | **Lugones Rodriguez v. Mullin et al** |
| 162. | 5:26-cv-02660-JKP | **Yanez v. Warden, Karnes County Immigration Processing Center et al** |
| 163. | 5:26-cv-02673-JKP | **Quintana Perez v. Attorney General of the United States et al** |
| 164. | 5:26-cv-02675-JKP | **Centeno Vega v. Vergara, et al.** |
| 165. | 5:26-cv-02686-JKP | **Rodriguez Martinez v. Warden, South Texas ICE Processing Center, et al.** |
| 166. | 5:26-cv-02695-JKP | **Rangel-Mata v. Mullin, et al.** |
| 167. | 5:26-cv-02700-JKP | **MARTINEZ HERNANDEZ v. South Texas Processing Center et al** |
| 168. | 5:26-cv-02708-JKP | **Raghu v. Blanche et al** |
| 169. | 5:26-cv-02726-JKP | **De Jesus-Lopez v. Attorney General of the United States et al** |
| 170. | 5:26-cv-02728-JKP | **Rojas Pantoja v. U.S. Attorney, Western District of Texas et al** |
| 171. | 5:26-cv-02744-JKP | **Ponce Marquez v. Bondi et al** |
| 172. | 5:26-cv-02745-JKP | **Cardona Franco v. Thompson et al** |
| 173. | 5:26-cv-02756-JKP | **Ponce Cabrera v. U.S. Department of Homeland Security et al** |
| 174. | 5:26-cv-02763-JKP | **Garcia Castillo v. Attorney General of the United States et al** |
| 175. | 5:26-cv-02769-JKP | **Lopez Martinez v. Attorney General of the United States et al** |
| 176. | 5:26-cv-02770-JKP | **Ramirez v. U.S Department of Homeland Security et al** |
| 177. | 5:26-cv-02779-JKP | **Herve v. Warden, South Texas Immigration Processing Center et al** |
| 178. | 5:26-cv-02782-JKP | **Kundayi v. Warden, South Texas Immigration Processing Center et al** |
| 179. | 5:26-cv-02786-JKP | **Gorgin v. Mullin, et al.** |
| 180. | 5:26-cv-02805-JKP | **Lopez Delcid v. Warden, South Texas ICE Processing Center et al** |
| 181. | 5:26-cv-02814-JKP | **Tellez-Zuniga v. Mullin et al** |
| 182. | 5:26-cv-02854-JKP | **Kabiri v. Thompson et al** |
| 183. | 5:26-cv-02856-JKP | **Guaman Lliguicota v. South Texas Immigration Processing Center et al** |
| 184. | 5:26-cv-02866-JKP | **Rivero Nunez v. Mullin, et al.** |
| 185. | 5:26-cv-02868-JKP | **Dominguez v. U.S. Department of Homeland Security et al** |
| 186. | 5:26-cv-02874-JKP | **Lira Cordonero v. Attorney General of the United States et al** |
| 187. | 5:26-cv-02876-JKP | **Bustos Bastian v. Mullin et al** |
| 188. | 5:26-cv-02880-JKP | **Perez Ramos v. Attorney General of the United States et al** |

189. [5:26-cv-02881-JKP](#) **Tuquerres-Penaquishpe v. Secretary, U.S. Department of Homeland Security et al**

190. [5:26-cv-02886-JKP](#) **Juarez Berrum v. MULLIN, Secretary of U.S. Department of Homeland Security et al**

191. [5:26-cv-02895-JKP](#) **Jimenez Padilla v. Thompson et al**

192. [5:26-cv-02896-JKP](#) **Larrea v. Blanche et al**

193. [5:26-cv-02907-JKP](#) **Castillo Hurtado v. Warden, South Texas ICE Processing Center et al**

194. [5:26-cv-02920-JKP](#) **Plazola Luna v. Warden, South Texas Immigration Processing Center et al**

195. [5:26-cv-02928-JKP](#) **Luquez Herrera v. Warden, Karnes County Immigration Processing Center et al**

196. [5:26-cv-02932-JKP](#) **Semanuel v. Attorney General of the United States et al**

197. [5:26-cv-02951-JKP](#) **Rodriguez Zuniga v. Lyons, et al**

198. [5:26-cv-02972-JKP](#) **Davali v. Thompson et al**

199. [5:26-cv-02977-JKP](#) **Ponce Zavala v. Mullins, et al**

200. [5:26-cv-02987-JKP](#) **Sharifi v. Blanche et al**

201. [5:26-cv-02989-JKP](#) **Mesa Mesa v. U.S. Attorney, Western District of Texas et al**

202. [5:26-cv-02993-JKP](#) **Theis Cordova v. Attorney General of the United States et al**

203. [5:26-cv-02997-JKP](#) **Garcia Avila v. Mullin et al**

204. [5:26-cv-02999-JKP](#) **Alvarado v. Blanche et al**

205. [5:26-cv-03005-JKP](#) **Erazo-Portillo v. Warden, South Texas ICE Processing Center et al**

206. [5:26-cv-03007-JKP](#) **Ramirez Salazar v. Warden, Karnes County Immigration Processing Center et al**

207. [5:26-cv-03011-JKP](#) **Marquez Calderon v. Secretary, U.S. Department of Homeland Security et al**

208. [5:26-cv-03037-JKP](#) **Ac v. Warden, Karnes County Immigration Processing Center et al**

209. [5:26-cv-03041-JKP](#) **Oli v. Thompson et al**

210. [5:26-cv-03043-JKP](#) **Murcia Mejia v. Warden, Karnes County Immigration Processing Center et al**

211. [5:26-cv-03045-JKP](#) **Rodriguez Escobar v. Attorney General of the United States et al**

212. [5:26-cv-03050-JKP](#) **Jonah v. Vergara et al**

213. [5:26-cv-03054-JKP](#) **Lopez Morales v. Warden, South Texas ICE Processing Center et al**

214. [5:26-cv-03088-JKP](#) **Goytia-Olivares v. Mullin, et al**

215. [5:26-cv-03104-JKP](#) **Monsivais v. Attorney General of the United States et al**

216. [5:26-cv-03107-JKP](#) **Hernandez Martinez v. U.S. Immigration and Customs Enforcement et al**

217. [5:26-cv-03113-JKP](#) **Sanchez Bedoya v. Dilley Immigration Processing Center et al**

| 218. | 5:26-cv-03124-JKP | **Briones Espinoza v. Warden South Texas ICE Processing Center et al** |
| 219. | 5:26-cv-03126-JKP | **Dehghanirostami v. Warden, South Texas ICE Processing Center et al** |
| 220. | 5:26-cv-03133-JKP | **Espiricueta Cruz v. Mullin et al** |
| 221. | 5:26-cv-03154-JKP | **Velasquez Maradiaga v. Lyons et al** |
| 222. | 5:26-cv-03157-JKP | **Alonzo Lopez v. Rodriguez E. Junior et al** |
| 223. | 5:26-cv-03162-JKP | **Barrera v. Warden, South Texas Immigration Processing Center et al** |
| 224. | 5:26-cv-03164-JKP | **Flores Velasquez v. Attorney General of the United States et al** |
| 225. | 5:26-cv-03165-JKP | **Lao Rodriguez v. Warden, Karnes County Immigration Processing Center et al** |
| 226. | 5:26-cv-03167-JKP | **Lago Jardon v. Warden, Dilley Immigration Processing Center et al** |
| 227. | 5:26-cv-03191-JKP | **De Jesus-Flores v. DILLEY IMMIGRATION PROCESSING CENTER et al** |
| 228. | 5:26-cv-03214-JKP | **Garcia Pineda v. BLANCHE et al** |
| 229. | 5:26-cv-03215-JKP | **Avila Morocho v. Warden South Texas ICE Processing Center et al** |
| 230. | 5:26-cv-03219-JKP | **Perez Ticum v. Attorney General of the United States et al** |
| 231. | 5:26-cv-03221-JKP | **Juan v. Department of Homeland Security et al** |
| 232. | 5:26-cv-03230-JKP | **Ibrahim v. Department of Homeland Security et al** |
| 233. | 5:26-cv-03235-JKP | **Pulga Acevedo vs. Warden, South Texas ICE Processing Center, et al** |
| 234. | 5:26-cv-03250-JKP | **Silva-Ramos v. Mullin et al** |
| 235. | 5:26-cv-03254-JKP | **Armijo Galindo v. United States Attorney Western District of Texas et al** |
| 236. | 5:26-cv-03261-JKP | **Ramirez Felipe v. U.S. Immigration and Customs Enforcement et al** |
| 237. | 5:26-cv-03264-JKP | **Lorenzen Turrubiates v. Jay et al** |
| 238. | 5:26-cv-03268-JKP | **Pita Prosmani v. U.S. Immigration and Customs Enforcement et al** |
| 239. | 5:26-cv-03287-JKP | **Alvarez Rivilla v. Blanche et al** |
| 240. | 5:26-cv-03298-JKP | **Camacaro Rodriguez v. Noem et al** |
| 241. | 5:26-cv-03299-JKP | **Godoy Davila v. U.S. Department of Homeland Security et al** |
| 242. | 5:26-cv-03301-JKP | **Paaz Ontireros v. U.S. Department of Homeland Security et al** |
| 243. | 5:26-cv-03302-JKP | **Rivera v. United States Attorney Western District of Texas et al** |
| 244. | 5:26-cv-03335-JKP | **Aderibigbe v. Vergara et al** |
| 245. | 5:26-cv-03344-JKP | **Arroyo Morales v. U.S. Department of Homeland Security et al** |
| 246. | 5:26-cv-03349-JKP | **LoPreto Cortez v. U.S. Department of Homeland Security et al** |
| 247. | 5:26-cv-03356-JKP | **Dakara v. Warden, South Texas ICE Processing Center et al** |
| 248. | 5:26-cv-03358-JKP | **Herce Rodriguez v. Vergara et al** |
| 249. | 5:26-cv-03363-JKP | **Castillo Doblado v. Warden, South Texas ICE Processing Center et al** |

| 250. | 5:26-cv-03369-JKP | **Flores Benalcazar v. Warden, South Texas ICE Processing Center et al** |
| 251. | 5:26-cv-03370-JKP | **Fuentes Morataya v. Lyons et al** |
| 252. | 5:26-cv-03374-JKP | **Barcenas Irias v. Warden, South Texas ICE Processing Center et al** |
| 253. | 5:26-cv-03383-JKP | **Tenadu v. Vergara et al** |
| 254. | 5:26-cv-03386-JKP | **Ponce De Leon v. Vergara et al** |
| 255. | 5:26-cv-03404-JKP | **Perez-Campusano v. Warden of SOUTH TEXAS ICE PROCESSING CENTER et al** |
| 256. | 5:26-cv-03412-JKP | **Franco Hernandez v. Ortega et al** |
| 257. | 5:26-cv-03414-JKP | **Joseph v. Vergara et al** |
| 258. | 5:26-cv-03415-JKP | **Estrada Gonzalez v. Ortega et al** |
| 259. | 5:26-cv-03424-JKP | **Tayliam v. U.S Department of Homeland Security et al** |
| 260. | 5:26-cv-03435-JKP | **Pantoja Vazquez v. Bondi et al** |
| 261. | 5:26-cv-03436-JKP | **Nguyen v. Mullin et al** |
| 262. | 5:26-cv-03456-JKP | **Fria-Castillo v. Blanche et al** |
| 263. | 5:26-cv-03469-JKP | **Huerta Gonzalez v. Facility Warden et al** |
| 264. | 5:26-cv-03472-JKP | **Hernandez Cruz v. Vergara et al** |
| 265. | 5:26-cv-03487-JKP | **QUEVEDO LARA v. Blanche et al** |
| 266. | 5:26-cv-03506-JKP | **Benitez Benitez v. Vergara et al** |
| 267. | 5:26-cv-03510-JKP | **Maldonado Jimenez v. United States Attorney Western District of Texas et al** |
| 268. | 5:26-cv-03516-JKP | **Chinchilla-Lopez v. Thompson et al** |
| 269. | 5:26-cv-03517-JKP | **Diaz Santana v. Mullin et al** |
| 270. | 5:26-cv-03520-JKP | **BERNAL TORRES v. WARDEN et al** |
| 271. | 5:26-cv-03532-JKP | **Torres Cabrera v. Lyons et al** |
| 272. | 5:26-cv-03534-JKP | **MARTINEZ-SERRANO v. WARDEN et al** |
| 273. | 5:26-cv-03539-JKP | **Valdez Damian v. BLANCHE et al** |
| 274. | 5:26-cv-03541-JKP | **Vivas Sosa v. Warden, Karnes County Immigration Processing Center et al** |
| 275. | 5:26-cv-03542-JKP | **Alfonso Alonso v. Director, Dilley Immigration Processing Center et al** |
| 276. | 5:26-cv-03543-JKP | **BetanCourt v. Attorney General of the United States et al** |
| 277. | 5:26-cv-03554-JKP | **Sarria Rincon v. Warden, South Texas Immigration Processing Center et al** |
| 278. | 5:26-cv-03563-JKP | **Morales Zarate v. U.S. Immigration and Customs Enforcement et al** |
| 279. | 5:26-cv-03570-JKP | **Tabk v. U.S. Department of Homeland Security et al** |
| 280. | 5:26-cv-03572-JKP | **Garcia-Olivo v. Attorney General of the United States et al** |
| 281. | 5:26-cv-03583-JKP | **GARCIA TZORIN v. Mullins et al** |

9

| | | |
|---|---|---|
| 282. | 5:26-cv-03587-JKP | **Garcia Montezuma v. Attorney General of the United States et al** |
| 283. | 5:26-cv-03594-JKP | **Chavez Martinez v. U.S. Immigration and Customs Enforcement et al** |
| 284. | 5:26-cv-03596-JKP | **Ayala Soler v. Mullin et al** |
| 285. | 5:26-cv-03601-JKP | **Cruz Jimenez v. Warden et al** |
| 286. | 5:26-cv-03617-JKP | **Rodriguez-Rodriguez v. Blanche et al** |
| 287. | 5:26-cv-03621-JKP | **Banda Trillo v. Lyons et al** |
| 288. | 5:26-cv-03627-JKP | **Valadez-Moreno v. U.S. Immigration and Customs Enforcement et al** |
| 289. | 5:26-cv-03630-JKP | **Padilla Amaya v. Thompson et al** |
| 290. | 5:26-cv-03635-JKP | **Melgar Ortega v. Mullin et al** |
| 291. | 5:26-cv-03638-JKP | **Quiroz Orellana v. Facility Warden et al** |
| 292. | 5:26-cv-03651-JKP | **Ordonez Granados v. Director, Dilley Immigration Processing Center et al** |
| 293. | 5:26-cv-03655-JKP | **Acevedo Toscano v. Warden et al** |
| 294. | 5:26-cv-03656-JKP | **Estrada Matamoros v. Blanche et al** |
| 295. | 5:26-cv-03658-JKP | **Aguilar Diaz v. Vergara et al** |
| 296. | 5:26-cv-03674-JKP | **Jovanni James v. Warden, South Texas Immigration Processing Center et al** |
| 297. | 5:26-cv-03678-JKP | **Asadullah v. Blanch et al** |
| 298. | 5:26-cv-03681-JKP | **Kalif Al Surky v. Field Office Director, U.S. Immigration and Customs Enforcement San Antonio et al** |
| 299. | 5:26-cv-03692-JKP | **Murillo-Velasquez v. Department of Homeland Security et al** |
| 300. | 5:26-cv-03701-JKP | **CANO NORIEGA v. Thompson et al** |
| 301. | 5:26-cv-03702-JKP | **Monreal v. Ortega et al** |
| 302. | 5:26-cv-03705-JKP | **Garayev v. Warden et al** |
| 303. | 5:26-cv-03715-JKP | **Delgado Zapata v. Mullin et al** |
| 304. | 5:26-cv-03727-JKP | **NERI SANDOVAL v. LYONS et al** |
| 305. | 5:26-cv-03737-JKP | **Lara-Gomez v. Attorney General of the United States et al** |
| 306. | 5:26-cv-03739-JKP | **Morales Espinosa v. U.S Department of Homeland Security et al** |
| 307. | 5:26-cv-03742-JKP | **Alvarez-Zavala v. Blanche et al** |
| 308. | 5:26-cv-03743-JKP | **Arce-Tinoco v. Mullins et al** |
| 309. | 5:26-cv-03748-JKP | **Patorrecio v. U.S. Immigration and Customs Enforcement et al** |
| 310. | 5:26-cv-03751-JKP | **Bobga V. Warden et al** |
| 311. | 5:26-cv-03752-JKP | **Guajardo Camero v. Thompson et al** |
| 312. | 5:26-cv-03758-JKP | **BAILEY v. Blanche et al** |
| 313. | 5:26-cv-03762-JKP | **Moreno Garnier v. Attorney General et al** |

| 314. | 5:26-cv-03763-JKP | **Perez Mitence v. Attorney General of the United States et al** |
| 315. | 5:26-cv-03770-JKP | **Chavez Zelaya v. U.S. Immigration and Customs Enforcement et al** |
| 316. | 5:26-cv-03779-JKP | **CRUZ MORALES v. Thompson et al** |
| 317. | 5:26-cv-03780-JKP | **CANO-ZARAGOZA v. BLANCHE et al** |
| 318. | 5:26-cv-03783-JKP | **Varela Lechuga v. Mullin et al** |
| 319. | 5:26-cv-03789-JKP | **Pijojas Morales v. U.S. Department of Homeland Security et al** |
| 320. | 5:26-cv-03800-JKP | **Jabari v. Vergara et al** |
| 321. | 5:26-cv-03809-JKP | **CARRETO LOPEZ v. ORTEGA et al** |
| 322. | 5:26-cv-03815-JKP | **DUBON MANZANARES v. Venturella, et al** |
| 323. | 5:26-cv-03818-JKP | **Alvarez Castillo v. Noem et al** |
| 324. | 5:26-cv-03821-JKP | **Hernandez Lozano v. Karnes County Immigration Processing Center et al** |
| 325. | 5:26-cv-03822-JKP | **Salas-Montilla v. South Texas Immigration Processing Center et al** |
| 326. | 5:26-cv-03840-JKP | **Sandoval-Monroy et al v. Blanche et al** |
| 327. | 5:26-cv-03855-JKP | **Cardona Pineda v. MULLIN, et al** |
| 328. | 5:26-cv-03861-JKP | **Munoz Martinez v. Vergara et al** |
| 329. | 5:26-cv-03876-JKP | **Arrazola Gonzalez v. Warden, Karnes County Immigration Processing Center et al** |
| 330. | 5:26-cv-03878-JKP | **Romero Serrano v. U.S. Immigration and Customs Enforcement et al** |
| 331. | 5:26-cv-03885-JKP | **Zuniga v. Attorney General of the United States et al** |
| 332. | 5:26-cv-03886-JKP | **Gutierrez-Martinez v. Attorney General of the United States et al** |
| 333. | 5:26-cv-03888-JKP | **Castillo-Pina v. Blanche et al** |
| 334. | 5:26-cv-03895-JKP | **KADIWALA v. BLANCHE et al** |
| 335. | 5:26-cv-03899-JKP | **Hernandez Montero v. Blanche et al** |
| 336. | 5:26-cv-03906-JKP | **Consuelo-Hernandez v. BLANCHE et al** |
| 337. | 5:26-cv-03914-JKP | **PALMA RAMIREZ v. ORTEGA et al** |
| 338. | 5:26-cv-03915-JKP | **Flores-Juarez v. Blanche et al** |
| 339. | 5:26-cv-03917-JKP | **Perez-Rodriguez v. Blanche et al** |
| 340. | 5:26-cv-03923-JKP | **Garcia Rosas v. Vergara et al** |
| 341. | 5:26-cv-03924-JKP | **Avila-Ramirez v. Mullin et al** |
| 342. | 5:26-cv-03933-JKP | **Rodriguez Rodriguez v. Warden** |
| 343. | 5:26-cv-03935-JKP | **Torres Ramirez v. Karnes County Immigration Processing Center et al** |
| 344. | 5:26-cv-03951-JKP | **Guillen Garcia v. Thompson et al** |
| 345. | 5:26-cv-03956-JKP | **Fuentes-Alvarenga v. Blanche, et al.** |

| | | |
|---|---|---|
| 346. | 5:26-cv-03965-JKP | **Rodriguez-Cano v. Blanche, et al.** |
| 347. | 5:26-cv-03966-JKP | **Soria Zavala v. Warden, South Texas ICE Processing Center et al** |
| 348. | 5:26-cv-03973-JKP | **Vasquez Peguero v. Mullin et al** |
| 349. | 5:26-cv-03978-JKP | **Morales Rodriguez v. BLANCHE et al** |
| 350. | 5:26-cv-03981-JKP | **Mendiola Dominguez v. Vergara et al** |
| 351. | 5:26-cv-03990-JKP | **Gochez v. Director, T. Don Hutto Processing Center et al** |
| 352. | 5:26-cv-03992-JKP | **Sanchez Rivas v. Director, T Don Hutto Processing Center et al** |
| 353. | 5:26-cv-03993-JKP | **Hermosillo v. Director, South Texas Immigration Processing Center et al** |
| 354. | 5:26-cv-03996-JKP | **Chirinos Guanipa v. Warden, South Texas Immigration Processing Center et al** |
| 355. | 5:26-cv-04001-JKP | **Gutierrez-Govea v. Blanche et al** |
| 356. | 5:26-cv-04015-JKP | **Calvete Luzon v. Mullin, et al.** |
| 357. | 5:26-cv-04020-JKP | **Giraldo-Cardenas v. WARDEN KARNES COUNTY IMMIGRATION PROCESSING CENTER et al** |
| 358. | 5:26-cv-04022-JKP | **Raymundo Vega v. Noem et al** |
| 359. | 5:26-cv-04024-JKP | **Garcia Gonzalez v. Warden, South Texas ICE Processing Center et al** |
| 360. | 5:26-cv-04025-JKP | **Melgar Melgar v. Warden, South Texas ICE Processing Center et al** |
| 361. | 5:26-cv-04027-JKP | **Noto-Patino v. Warden, Dilley Immigration Processing Center et al** |
| 362. | 5:26-cv-04031-JKP | **Castillo Bautista v. Vergara et al** |
| 363. | 5:26-cv-04043-JKP | **Ruiz Molina v. Ortega et al** |
| 364. | 5:26-cv-04045-JKP | **HUERTA RAMIREZ v. ORTEGA et al** |
| 365. | 5:26-cv-04051-JKP | **Paz Carrasquero v. U.S. Immigration and Customs Enforcement et al** |
| 366. | 5:26-cv-04054-JKP | **Briones-Salas v. Noem et al** |
| 367. | 5:26-cv-04057-JKP | **Afshar v. Price et al** |
| 368. | 5:26-cv-04063-JKP | **Zareiesfandabadi v. Thompson et al** |
| 369. | 5:26-cv-04066-JKP | **Castro Flores v. Attorney General of the United States et al** |
| 370. | 5:26-cv-04070-JKP | **Pardo v. Attorney General of the United States et al** |
| 371. | 5:26-cv-04085-JKP | **Bravo Morales v. Ortega, et al.** |
| 372. | 5:26-cv-04090-JKP | **Yat Prado v. Attorney General of the United States et al** |
| 373. | 5:26-cv-04091-JKP | **Salguero-Chavarria v. Attorney General of the United States et al** |
| 374. | 5:26-cv-04118-JKP | **Duarte Jaramillo v. Vergara et al** |
| 375. | 5:26-cv-04119-JKP | **Bustamante-Guzman v. Vergara et al** |
| 376. | 5:26-cv-04122-JKP | **Tineo Bravo v. T. Don Hutto Detention Center et al** |

| | | |
|---|---|---|
| 377. | 5:26-cv-04123-JKP | **Qiu v. Vergara et al** |
| 378. | 5:26-cv-04134-JKP | **Ramirez-Ramirez v. Mullin et al** |
| 379. | 5:26-cv-04136-JKP | **Molina Molina v. U.S. Immigration and Customs Enforcement et al** |
| 380. | 5:26-cv-04137-JKP | **Armas Obando v. Mullin et al** |
| 381. | 5:26-cv-04145-JKP | **Fernandez Mesa v. U.S. Immigration and Customs Enforcement et al** |
| 382. | 5:26-cv-04147-JKP | **Garcia Barrios v. Warden, South Texas ICE Processing Facility et al** |
| 383. | 5:26-cv-04159-JKP | **AGUILAR AVILES v. BLANCHE et al** |
| 384. | 5:26-cv-04161-JKP | **Coc Cuc v. Vergara et al** |
| 385. | 5:26-cv-04164-JKP | **Nolasco Castillo v. Venturella et al** |
| 386. | 5:26-cv-04166-JKP | **Garcia-Guevara v. Blanche, et al.** |
| 387. | 5:26-cv-04176-JKP | **Marrugo Ortega v. Blanche, et al.** |
| 388. | 5:26-cv-04177-JKP | **SOLIS VILCHEZ v. BLANCHE et al** |
| 389. | 5:26-cv-04184-JKP | **Ruiz-Sanchez v. Mullin et al** |
| 390. | 5:26-cv-04186-JKP | **Pop Melchor v. U.S. Immigration and Customs Enforcement et al** |
| 391. | 5:26-cv-04188-JKP | **Muneton Carmona v. U.S. Immigration and Customs Enforcement et al** |
| 392. | 5:26-cv-04189-JKP | **Mejia Amador v. U.S. Immigration and Customs Enforcement et al** |
| 393. | 5:26-cv-04190-JKP | **Htun v. Vergara et al** |
| 394. | 5:26-cv-04195-JKP | **Carrizalez Lopez v. Lyons, et al.** |
| 395. | 5:26-cv-04199-JKP | **Lara-Pena v. Facility Warden et al** |
| 396. | 5:26-cv-04201-JKP | **Gutierrez Garcia v. Blanche et al** |
| 397. | 5:26-cv-04202-JKP | **Gasca Enriquez v. Warden, Karnes County Immigration Processing Center, et al** |
| 398. | 5:26-cv-04206-JKP | **Medina v. Blache et al** |
| 399. | 5:26-cv-04218-JKP | **Guzman Feliciano v. Bondi et al** |
| 400. | 5:26-cv-04222-JKP | **Henriquez v. Attorney General of the United States et al** |
| 401. | 5:26-cv-04226-JKP | **Requena v. Mullin, et al.** |
| 402. | 5:26-cv-04228-JKP | **SANJUR DIAZ v. MULLIN et al** |
| 403. | 5:26-cv-04232-JKP | **Cajero Lucas v. Venturella et al** |
| 404. | 5:26-cv-04237-JKP | **RAMOS-RODRIGUEZ v. BLANCHE et al** |
| 405. | 5:26-cv-04241-JKP | **Contreras Banegas v. U.S. Department of Homeland Security et al** |
| 406. | 5:26-cv-04254-JKP | **Fazal Khan v. Warden, Karnes County Immigration Processing Center et al** |
| 407. | 5:26-cv-04273-JKP | **Hagos v. Warden et al** |
| 408. | 5:26-cv-04280-JKP | **NIEVES AMUNDARAY et al v. MULLIN, et al** |